UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

**CIVIL MINUTES – GENERAL**

Case No.  SACV 13-149-JST (MLGx)                                              Date:  May 20, 2013

Title:  Hau Le v. Portfolio Recovery Associates, LLC, et al.

Present: **Honorable JOSEPHINE STATON TUCKER, UNITED STATES DISTRICT JUDGE**

| Terry Guerrero | N/A |
|---|---|
| Deputy Clerk | Court Reporter |

ATTORNEYS PRESENT FOR PLAINTIFF:      ATTORNEYS PRESENT FOR DEFENDANT:

   Not Present                                                                    Not Present

**PROCEEDINGS:   (IN CHAMBERS)  ORDER (1) CONTINUING SCHEDULING CONFERENCE AND (2) TO SHOW CAUSE FOR FAILURE TO FILE JOINT 26(F) REPORT**

On March 1, 2013, the Court set a scheduling conference for May 24, 2013, and ordered the parties to "file a Joint 26(f) Report . . . no later than 14 days before the date set for the scheduling conference."  (Doc. 8 ¶ 1.)  As of the date of this Order, no Joint 26(f) Report has been filed.  On May 9, 2013, Defendants filed a 26(f) Report, which states that "Plaintiff failed to meet and confer with Defendants by . . . May 3, 2013, so Defendants [] drafted this Rule 26(f) Report and submitted it to Plaintiff for his comments and approval."  (Doc. 11.)  Defendants do not specify whether Plaintiff responded, and the Report filed they filed does not appear to contain any input from Plaintiff.

Pursuant to the Court's discretion under Federal Rule of Civil Procedure 83, failure to submit a Joint Rule 26(f) Report may result in the Court dismissing the case, entering a default, and/or imposing sanctions.  Therefore, the Court CONTINUES the scheduling conference to **June 28, 2013, 1:30 p.m.**  No later than **June 14**, **2013**, (1) the parties shall submit a Joint Rule 26(f) Report and (2) Plaintiff shall file a separate written response explaining why he has failed to comply with FRCP 26(f), Local Rule 26-1, and the Court's filing deadlines.  Failure to comply with this order will result in the dismissal of this case without further notice.

Initials of Preparer:  tg