UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

CIVIL MINUTES – GENERAL

Case No.  SACV 13-149-JST (MLGx)                               Date:  July 18, 2013

Title:  Hau Le v. Portfolio Recovery Associates, LLC, et al.

Present: **Honorable JOSEPHINE STATON TUCKER, UNITED STATES DISTRICT JUDGE**

|  Terry Guerrero  | N/A |
|---|---|
| Deputy Clerk | Court Reporter |

ATTORNEYS PRESENT FOR PLAINTIFF:     ATTORNEYS PRESENT FOR DEFENDANT:

   Not Present                                                                Not Present

**PROCEEDINGS:  (IN CHAMBERS)  ORDER TO OBJECT TO CASE BEING DISMISSED**

        On July 3, 2013, following Plaintiff's filing of a Notice of Dismissal, the Court ordered that Defendants submit no later than July 12, 2013 any objection to the Court issuing an order dismissing this case.  To date, no objection has been filed.  As such, this case is DISMISSED.

Initials of Preparer:  tg